Yevgeniy Chechenin (CA Bar # 242469)
Community Legal Centers
P. O. Box 605
San Mateo, CA 94401
Telephone: (650) 347-6191
Fax: (650) 344-8305

Attorney for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jian Jin, | ) Case No. **C 07 2947** |
| Plaintiff, | ) |
| v. | ) |
| Alberto Gonzales, United States Attorney General; | ) USCIS Agency No. A099-041-130 |
| Michael Chertoff, Secretary of the Department of Homeland Security; | ) |
| Emilio Gonzalez, Director of United States Citizenship and Immigration Services (USCIS); | ) |
| Rosemary Melville, Director of USCIS San Francisco District Office; | ) |
| Rober S. Mueller, Director of the Federal Bureau of Investigation (FBI), | ) |
| Defendants. | ) |

**PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS**

Page 1

The Plaintiff, Jian Jin, by and through his undersigned counsel, in the above-captioned matter, respectfully submits this complaint and states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 application filed by the Plaintiff, Jian Jin. The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiff's detriment.

## PARTIES

2. Plaintiff, Jian Jin (Alien Registration Number A099-041-130), residing at 226 28th Street, San Francisco, CA 94131, filed an I-485 Application to Register Permanent Residence or Adjust of Status (Receipt Number WAC-05-215-52846).

3. Defendant Alberto Gonzales is the United States Attorney General and this action is brought against him in his official capacity. He is responsible for enforcing federal laws including the Immigration and Nationality Act.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 C.F.R. § 2.1. More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for immigration benefits filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

5. Defendant Emilio Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS.

6. Defendant Robert S. Mueller, Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security checks for other U.S. government agencies including the United States Citizenship and Immigration Services.

7. Defendant Rosemary Melville, District Director of USCIS San Francisco District Office, the agency that is responsible for timely processing applications for immigration benefits, including I-485 applications.

## JURISDICTION

8. Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361. Relief is requested pursuant to said statutes.

## VENUE

9. Venue is proper in this court, pursuant to 28 USC § 1391(e), in that the Plaintiff may bring this civil action in the District where the Plaintiff resides.

## INTRADISTRICT ASSIGNMENT

10. This lawsuit should be assigned to the San Francisco Division of this Court because a substantial part of the events which give rise to this lawsuit occurred in San Francisco, California, where the USCIS District Office is located.

## EXHAUSTION OF REMEDIES

11. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS documents that clearly establish his eligibility to Register Permanent Residence or Adjust Status.

## CAUSE OF ACTION

12. The Plaintiff lawfully entered the United States on August 28, 1995 as an F-1 foreign student and subsequently changed his immigration status to H1B nonimmigrant worker.

13. Plaintiff's current employer, Oracle Corporation, properly filed an I-140 Immigrant Petition for Alien Worker on behalf the Plaintiff.

14. Based on the I-140 petition filed by his employer, on August 1, 2005, the Plaintiff applied for adjustment of status to United States lawful permanent resident by submitting an I-485 Application to Register Permanent Residence or Adjust Status.

15. The Plaintiff has maintained his employment with Oracle Corporation since he filed his I-485 application.

16. The Plaintiff has remained a person of good moral character and has established eligibility for adjustment of status in the United States in all other respects.

17. The Plaintiff has been fingerprinted and has complied with all the requests made by the Defendants in connection with his I-485 Application for Adjustment of Status.

18. On March 6, 2007, USCIS notified the Plaintiff that "in order to speed up processing" his I-485 application had been transferred to its Nebraska Service Center.

19. The Defendants have failed to timely adjudicate the Plaintiff's I-485 application after the Plaintiff provided them with sufficient information to determine his eligibility for adjustment of status.

20. Defendant's delay in this case is arbitrary and unlawful. The Defendants by having failed to adjudicate the Plaintiff's application in accord with their duties have greatly damaged the Plaintiff. Specifically, the Plaintiff has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.

21. The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §§ 555(b) and 706(1), have unreasonably delayed action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

## PRAYER

22. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    a. requiring Defendants to properly adjudicate the Plaintiff's I-485 application within a 30-day period;

    b. awarding the Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act;

    c. granting such other relief at law and in equity as justice may require.

Dated: June 4, 2007

Respectfully Submitted,

/Chechenin/

Yevgeniy Chechenin, Esq.
P.O. Box 605
San Mateo, CA 94401
Telephone: (650) 347-6191
Fax: (650) 344-8305

# EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS OF JIAN JIN

EXHIBIT A – Copy of I-485 Receipt Notice showing that Plaintiff's I-485 application was received by USCIS on July 29, 2005;

EXHIBIT B – Copy of a USCIS Biometrics Notice with a Biometrics Procesing Stamp;

EXHIBIT C – Copy of a USCIS Notice issued on March 6, 2007 stating that Plaintiff's I-485 application was transferred to USCIS Nebraska Service Center.

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| WAC-05-215-52846 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A99 041 130 |
| July 29, 2005 | | JIN, JIAN | |
| NOTICE DATE | PAGE | | |
| August 2, 2005 | 1 of 1 | | |

CHERYL E. PASH
FRAGOMEN DEL REY BERNSEN & LOEWY L
RE: JIAN JIN
18401 VON KARMAN AVE STE 255
IRVINE CA 92612

**Notice Type:** Receipt Notice

**Amount received:** $ 385.00

**Section:** Other basis for adjustment

**Receipt notice** If any of the above information is incorrect, call customer service immediately.

**Processing time** Processing times vary by kind of case.
  You can check our current processing time for this kind of case on our website at **uscis.gov**.
  On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
  Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
  We will notify you by mail when we make a decision on this case, or if we need something from you.
  If you move while this case is pending, call customer service when you move.
  Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1 800 375 5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | | |
|---|---|---|
| **CASE TYPE** | **SOCIAL SECURITY NUMBER** | **NOTICE DATE** 03/10/2006 |
| I485 Application to Register Permanent Resident or Adjust Status | | **USCIS A#** A099041130 |
| **APPLICATION NUMBER** WAC0521552846 | **CODE** 3 | **SERVICE CENTER** WSC |
| | | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
JIAN JIN
851 N AMPHLETT BLVD 221
SAN MATEO, CA 94401

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XTD
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON MAR 2 2 2006

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO, CA 94111 | 03/22/2006<br>9:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

If you have any questions regarding this notice, please call **1-800-375-5283**.

**APPLICATION NUMBER**
WAC0521552846

**APPLICANT COPY**

### WARNING!
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| WAC-05-215-52846 | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| August 1, 2005 | | A099 041 130 JIN, JIAN |

| NOTICE DATE | PAGE |
|---|---|
| March 6, 2007 | 1 of 1 |

JIAN JIN
226 28TH ST
SAN FRANCISCO CA 94131

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

   Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

