Yevgeniy Chechenin (CA Bar # 242469)

Community Legal Centers

P. O. Box 605
San Mateo, CA 94401

Telephone: (650) 347-6191
Fax: (650) 344-8305

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jian Jin, ) | |
| ) | |
| Plaintiff, ) | Case No. C07-02947 SC |
| ) | |
| v. ) | |
| ) | |
| Alberto Gonzales, United States Attorney General; ) | USCIS Agency No. A099-041-130 |
| Michael Chertoff, Secretary of the Department of ) | |
| Homeland Security; ) | |
| Emilio Gonzalez, Director of United States ) | |
| Citizenship and Immigration Services (USCIS); ) | |
| Rosemary Melville, Director of USCIS ) | |
| San Francisco District Office; ) | |
| Robert S. Mueller, Director of the Federal Bureau ) | |
| of Investigation (FBI), ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Yevgeniy Chechenin, the undersigned, hereby declare:

I am over eighteen years of age and not a party to the above action.

On June 11, 2007, I served a true copy of the following:

1) SUMMONS IN CIVIL CASE NUMBER C07-02947 SC;

2) PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS;

3) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

4) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

5) ECF REGISTRATION INFORMATION HANDOUT

on each person/agency listed below addressed as follows:

1. **By USPS First Class Certified Mail**
Civil Process Clerk
United States Attorney's Office
450 Golden Gate Ave. 11th floor
San Francisco, CA 94102

2. **By USPS First Class Certified Mail**
Alberto Gonzales, United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

3. **By USPS First Class Certified Mail**
Michael Chertoff, Secretary
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

4. **By USPS First Class Certified Mail**
Emilio Gonzalez, Director
U.S. Citizenship and Immigration Services
425 Eye Street, NW
Washington, DC 20536

5. **By USPS First Class Certified Mail**
Rosemary Melville, Director
USCIS San Francisco District Office
630 Sansome St.
San Francisco, CA 94111

6. **By USPS First Class Certified Mail**
Robert Mueller, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of June, 2007.

_____

Yevgeniy Chechenin
Community Legal Centers
P.O. Box 605
San Mateo, CA 94401