SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN JIN, | ) |
|             Plaintiff, | ) No. C 07-2947 SC |
|             v. | ) ANSWER |
| ALBERTO GONZALES, United States Attorney General; et al., | ) |
|             Defendants. | ) |

Defendants hereby submit their answer to Plaintiff's Petition for Writ of Mandamus.

1. Defendants admit the allegations in Paragraph One with the exception that they deny that they have improperly withheld action on Plaintiff's application to his detriment.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants deny that the USCIS district office in San Francisco is responsible for timely processing of Plaintiff's application. F. Gerard Heinauer, Nebraska Service Center Director, is the

Answer
C07-2947 SC                              1

agency official before whom Plaintiff's employment-based Form I-485 adjustment of status application is pending.

## JURISDICTION

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## VENUE

9. Defendants admit the allegations in Paragraph Nine.

## INTRADISTRICT ASSIGNMENT

10. Defendants admit the allegations in Paragraph Ten.

## EXHAUSTION OF REMEDIES

11. Defendants deny the allegations in Paragraph Eleven.

## CAUSE OF ACTION

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Defendants admit that Siebel Systems Inc filed an I-140 on Plaintiff's behalf.

14. Defendants admit that Plaintiff filed his Form I-485 on July 29, 2005.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Defendants admit the allegations in Paragraph Seventeen.

18. Defendants admit the allegations in Paragraph Eighteen.

19. Defendants deny the allegations in Paragraph Nineteen.

20. Defendants deny the first two sentences in Paragraph Twenty; however, Defendants admit the last sentence.

21. Defendants deny the allegations in Paragraph Twenty-One.

**PRAYER**

22. Paragraph Twenty-Two under the heading "Prayer", consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's petition fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff cannot establish that Defendants' duty to act is ministerial, that no other adequate remedy is available, or that Plaintiff has a clear right to the relief sought. *See* 28 U.S.C. § 1361.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's petition with prejudice; that Plaintiff take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 10, 2007                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorneys for Defendants