1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 JIAN JIN,                              )
                                          ) No. C 07-2947 SC
13              Plaintiff,                )
                                          )
14       v.                               ) **PARTIES' JOINT REQUEST TO BE**
                                          ) **EXEMPT FROM FORMAL ADR**
15 ALBERTO GONZALES, United States Attorney) **PROCESS**
   General; et al.,                       )
16                                        )
                Defendants.                )
17  _____)

18      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

19 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

20 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

21 options provided by the court and private entities, and considered whether this case might benefit

22 from any of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

24 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

25 his application for adjustment of status.  Given the substance of the action and the lack of any

26 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

27 court resources.

28      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

Parties' Request to be Exempt from Formal ADR
C07-2947 SC                                1

ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 31, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 30, 2007

_____/s/_____
YEVGENIY CHECHENIN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Date: _____

SAMUEL CONTI
United States District Judge

Parties' Request to be Exempt from Formal ADR
C07-2947 SC                          2