1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  JIAN JIN,                          )
                                       )   No. C 07-2947 SC
13              Plaintiff,             )
                                       )
14         v.                          )   **PARTIES' JOINT REQUEST TO BE**
                                       )   **EXEMPT FROM FORMAL ADR**
15  ALBERTO GONZALES, United States Attorney )   **PROCESS**
    General; et al.,                   )
16                                     )
                Defendants.            )
17  _____  )

18      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

19  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

20  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

21  options provided by the court and private entities, and considered whether this case might benefit

22  from any of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

24  mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

25  his application for adjustment of status.  Given the substance of the action and the lack of any

26  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

27  court resources.

28      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

1  ADR Multi-Option Program and that they be excused from participating in the ADR phone

2  conference and any further formal ADR process.

3  Dated: August 31, 2007                              Respectfully submitted,

4                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
5

6

7                                                              /s/
                                                       _____
                                                       ILA C. DEISS
8                                                      Assistant United States Attorney
                                                       Attorney for Defendants
9

10 Dated: August 30, 2007                              _____
                                                              /s/
11                                                     YEVGENIY CHECHENIN
                                                       Attorney for Plaintiff

12

13                                      **ORDER**

14
         Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
15
   ADR Multi-Option Program and are excused from participating in the ADR phone conference and
16
   any further formal ADR process.
17
   **SO ORDERED.**
18

19 Date:   9/4/07                                      _____
20                                                     SAMUEL
                                                       United States District Judge
21

22

23

24

25

26

27

28

Parties' Request to be Exempt from Formal ADR
C07-2947 SC                                    2