1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11
   JIAN JIN,                          )
12                                    ) No. C 07-2947 SC
                    Plaintiff,        )
13                                    )
              v.                      ) **JOINT CASE MANAGEMENT**
14                                    ) **STATEMENT** and [**Proposed**] **ORDER**
   ALBERTO GONZALES, United States Attorney )
15 General; et al.,                   )
                                      )
16                  Defendants.       )
                                      )
17 _____

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Joint Case Management Conference Statement
C07-2947 SC                                1

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

The plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about July 29, 2005. The USCIS has not yet adjudicated the Form I-485 application. His name check is still pending with the FBI. The plaintiff filed an action on June 6, 2007, seeking an order from this Court directing USCIS to adjudicate his Form I-485 application.

3. Legal Issues:

Whether this Court should dismiss Plaintiff's action against certain defendants for lack of subject matter jurisdiction.

Whether USCIS has unreasonably delayed adjudication of Plaintiff's adjustment of status application.

4. Motions:

The parties intend to file cross-motions for summary judgment.

5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8. Discovery:

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

Joint Case Management Conference Statement
C07-2947 SC                    2

**1**     10. Related Cases:

**2**     The parties are not aware of any related case or cases.

**3**     11. Relief:

**4**     The plaintiff asks this Court to direct USCIS to adjudicate his Form I-485 application.

**5**     12. Settlement and ADR:

**6**     The Court granted the parties' joint request for an exemption from the ADR process on

**7** September 4, 2007.

**8**     13. Consent to Magistrate Judge for All Purposes:

**9**     The parties consent to a magistrate judge.

**10**    14. Other References:

**11**    The parties do not believe that this case is suitable for reference to binding arbitration, a

**12** special master, or the Judicial Panel on Multidistrict Litigation.

**13**    15. Narrowing of Issues:

**14**    The parties do not believe that the issues can be narrowed by agreement or by motion, and do

**15** not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or

**16** stipulated facts), and any request to bifurcate issues, claims or defenses.

**17**    16. Expedited Schedule:

**18**    The parties believe this case can be resolved on cross-motions for summary judgment.

**19**    17. Scheduling:

**20**    The parties propose the following schedule on the parties' cross-motions for summary

**21** judgment:

**22**    Cross-Motions for Summary Judgment:        October 26, 2007

**23**    Cross-Oppositions:                          November 9, 2007

**24**    Hearing:                                    November 30, 2007, 10:00 a.m.

**25**    18. Trial:

**26**    The parties do not anticipate the need for a trial in this case.

**27**    19. Disclosure of Non-party Interested Entities or Persons:

**28**    The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil

Joint Case Management Conference Statement
C07-2947 SC                                3

1 | Local Rule 3-16.

2 | 20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this
3 | matter.

4 | None.

5 | Date: September 14, 2007                    Respectfully submitted,

6 |                                             SCOTT N. SCHOOLS
                                                United States Attorney
7 |

8 |                                             _____/s/_____
                                                ILA C. DEISS
9 |                                             Assistant United States Attorney
                                                Attorneys for Defendants
10 |

11 |

12 |                                            _____/s/_____
    Date: September 14, 2007                    YEVGENIY CHECHENIN
13 |                                            Attorney for Plaintiff

14 |

15 |                            **CASE MANAGEMENT ORDER**

16 |     The Joint Case Management Statement and Proposed Order are hereby adopted by the
17 | Court as the Case Management Order for the case, and the parties are ordered to comply with this
18 | Order.

19 |

20 | Date:                                      _____
                                                SAMUEL CONTI
21 |                                            United States District Judge

Joint Case Management Conference Statement
C07-2947 SC                          4