1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN JIN, | ) |
|             Plaintiff, | ) No. C 07-2947 SC |
|      v. | ) **CONSENT TO MAGISTRATE JUDGE** |
| ALBERTO GONZALES, United States Attorney General; et al., | ) **JURISDICTION**; and **[PROPOSED]** **ORDER** |
|             Defendants. | ) |

///
///
///
///
///
///
///
///

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 18, 2007                              Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney

                                                          _____/s/_____
                                                          ILA C. DEISS
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants

                                                          _____/s/_____
Date: September 18, 2007                        YEVGENIY CHECHENIN
                                                          Attorney for Plaintiff

**ORDER**

    This matter is hereby referred to a magistrate judge to conduct any and all further proceedings in this case. SO ORDERED.

Date:                                                          _____
                                                          SAMUEL CONTI
                                                          United States District Judge