SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN JIN, | ) |
|         Plaintiff, | ) No. C 07-2947 SC |
|         v. | ) **CONSENT TO MAGISTRATE JUDGE JURISDICTION; and [PROPOSED] ORDER** |
| ALBERTO GONZALES, United States Attorney General; et al., | ) |
|         Defendants. | ) |

///
///
///
///
///
///
///
///

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

1 | judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2 | Dated: September 18, 2007                    Respectfully submitted,

3 |                                              SCOTT N. SCHOOLS
                                                 United States Attorney

5 |                                              _____/s/_____
                                                 ILA C. DEISS
6 |                                              Assistant United States Attorney
                                                 Attorneys for Defendants

9 | Date: September 18, 2007                     _____/s/_____
                                                 YEVGENIY CHECHENIN
                                                 Attorney for Plaintiff

**ORDER**

This matter is hereby referred to a magistrate judge to conduct any and all further proceedings in this case.  SO ORDERED.

Date: 9/19/07

SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

Consent to Magistrate Jurisdiction
C07-2947 SC                                      2