1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   JIAN JIN,                              )
12                                        )  No. C 07-2947 MEJ
               Plaintiff,                 )
13                                        )
         v.                               )  **STIPULATION TO DISMISS AND**
14                                        )  **[PROPOSED] ORDER**
   ALBERTO GONZALES, United States Attorney )
15 General; et al.,                       )
                                          )
16             Defendants.                )
                                          )
17

18     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

20 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

21     Each of the parties shall bear their own costs and fees.

22 ///

23 ///

24

25

26

27

28

Stipulation to Dismiss
C07-2947 MEJ                              1

Dated: December 5, 2007                     Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated: December 5, 2007                     _____/s/_____
                                            YEVGENIY CHECHENIN
                                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

Stipulation to Dismiss
C07-2947 MEJ                                2