SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN JIN, | ) |
|                Plaintiff, | ) No. C 07-2947 MEJ |
|    v. | ) **CORRECTED STIPULATION TO** |
| ALBERTO GONZALES, United States Attorney General; et al., | ) **DISMISS AND [PROPOSED] ORDER** |
|                Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2947 MEJ                            1

1 | Dated: December 5, 2007              Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney

                                         _____/s/_____
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Defendants

Dated: December 5, 2007                  _____/s/_____
                                         YEVGENIY CHECHENIN
                                         Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                         MARIA-ELENA JAMES
                                         United States Magistrate Judge

Stipulation to Dismiss
C07-2947 MEJ                             2