1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   JIAN JIN,                              )
12                                        )  No. C 07-2947 MEJ
                   Plaintiff,             )
13                                        )
              v.                          )  **CORRECTED STIPULATION TO**
14                                        )  **DISMISS AND [PROPOSED] ORDER**
   ALBERTO GONZALES, United States Attorney )
15 General; et al.,                       )
                                          )
16                 Defendants.            )
                                          )
17  ─────────────────────────────────────

18     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

20 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

21     Each of the parties shall bear their own costs and fees.

22 ///

23 ///

24

25

26

27

28

Stipulation to Dismiss
C07-2947 MEJ                              1

1 | Dated: December 5, 2007            Respectfully submitted,

2 |                                    SCOTT N. SCHOOLS
                                       United States Attorney

4 |                                    _____/s/_____
                                       ILA C. DEISS
5 |                                    Assistant United States Attorney
                                       Attorneys for Defendants

7 | Dated: December 5, 2007            _____/s/_____
8 |                                    YEVGENIY CHECHENIN
                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  December 19, 2007            _____
                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

Stipulation to Dismiss
C07-2947 MEJ                              2